# *Michael Faillace & Associates, P.C.*
110 East 59th Street
32nd Floor
New York, NY 10022

Ph:(212) 317-1200	Fax:(212) 317-1620

Sofia Islas	November 14, 2011

|  | File #: | AllClean3 |
|---|---|---|
| **Attention:** | Inv #: | 960 |

RE: SOFIA ISLAS, VICTORINA BATANA, ERNESTA VILLEGAS MORAN, LUCIA JAVIER, ROSA FLORES and GLORIA ZURITA, individually and on behalf of others similarly situated, -against- ELB AND GEN LLC, CHAMPION LAUNDERERS INC., MICHAEL ELBOGEN, MARTIN ELBOGEN AND ALLAN RUDICK,

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jun-02-10 | Meeting with clients- re initial intakes. | 3.20 | 1,440.00 | MF |
| Jun-24-10 | Meeting with client to verify intakes | 2.25 | 1,012.50 | MF |
| Jun-25-10 | Research on Lexis N. | 1.75 | 787.50 | MF |
| Jun-28-10 | Drafting complaing | 2.50 | 1,125.00 | MF |
| Jul-08-10 | Finalized complaint. | 2.70 | 1,215.00 | MF |
|  | Filed complaint at EDNY | 1.50 | 675.00 | MF |
| Nov-10-11 | Drafting damages chart. | 2.75 | 962.50 | YR |
| Nov-11-11 | Drafting Motion to file at the EDNY | 5.25 | 1,837.50 | YR |
| Nov-14-11 | Finalized and filed Motion | 5.40 | 1,890.00 | YR |
|  | Totals | 27.30 | $10,945.00 |  |

**DISBURSEMENTS**

| | | |
|---|---|---:|
| Sep-16-10 | Filing Fee | 350.00 |
| | Process Server | 280.00 |
| | Totals | $630.00 |

**Total Fee & Disbursements** $11,575.00

**Balance Now Due** $11,575.00

TAX ID Number    20-1211098