UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SOFIA ISLAS, VICTORINA BATANA,
ERNESTA VILLEGAS MORAN, LUCIA
JAVIER, ROSA FLORES and GLORIA
ZURITA, *individually and on behalf of others
similarly situated*,

**MEMORANDUM AND ORDER**

Plaintiffs,

-against-

10-CV-3129 (ENV) (MDG)

ELB and GEN LLC, CHAMPION
LAUNDERERS, INC., MICHAEL
ELBOGEN, and MARTIN ELBOGEN,

Defendant.
------------------------------------------------------------x

VITALIANO, D.J.

Plaintiffs Sofia Islas, Victorina Batana, Ernest Villegas Moran, Lucia Javier, Rosa Flores, and Gloria Zurita move the Court for default judgment against defendants ELB and GEN LLC (d/b/a Champion Launderers, Inc.), Michael Elbogen, and Martin Elbogen.[1] Plaintiffs brought this action on August 8, 2010 under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* and New York wage-and-hour laws. (Compl. (Dkt. No. 1)). Summonses and copies of the complaint were served on the defendants' agent on January 14, 2011. (Summonses Ret. Exec. (Dkt Nos. 4-6)). Defendants have never answered or otherwise responded to the complaint, and the time to do so has expired.

On the plaintiffs' motion, the Clerk of Court entered a Certificate of Default

---

[1] Plaintiffs initially named Allan Rudick as a defendant. By stipulation, Rudick was dismissed from the action on March 15, 2011. (Stip. of Dismissal (Dkt. No. 10)).

1

against defendants on March 15, 2011. (Cert. of Default (Dkt. No. 11). Plaintiffs have since complied with the applicable rules for securing a default judgment, and their motion is granted. This matter is referred to Magistrate Judge Marilyn Go for an inquest to determine the appropriate remedies.

**SO ORDERED.**

s/ ENV

**ERIC N. VITALIANO**
**United States District Judge**

Dated: Brooklyn, New York
July 1, 2013